Honorable John C. Coughenour

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   MICROSOFT CORPORATION, a
10   Washington corporation,

                                        Plaintiff,

11   v.

12   KEVIN HERTZ, a California resident,

13   MATT OLSON, a Washington resident,

14   ALONZO VILLANUEVA, a/k/a Jason
15   Anderson, a Texas resident,

16   MIKE WISSING, SHARI WISSING, and the
       MARITAL COMMUNITY COMPOSED
17     OF MIKE AND SHARING WISSING,
       Iowa residents,

18
19   AMAF JARKASI, a New Jersey resident,

     JOHN E. ROGERS, a Washington resident,
20
     ROBERT KALFAYAN, a Quebec, Canada
21     resident,

22   JIRAYR KALFAYAN, a Quebec, Canada
       resident,
23
     CARL BRANDON SCHUSTER, a Florida
24     resident,

25
26

No.  CV04-2219C

SECOND AMENDED COMPLAINT
FOR DAMAGES AND INJUNCTIVE
RELIEF

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 1

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  SCOTT HOLLAND and THE MARITAL
   COMMUNITY COMPOSED OF SCOTT
2  HOLLAND AND JANE DOE
   HOLLAND, Washington residents,

3
   MICHAEL DELASSIO, a New York
4    resident,

5  JAGIR SINGH, an Iowa resident,

6  JEREMY THOMPSON, a Florida resident,

7  KEN a/k/a MATT PRESSLEY, a North
     Carolina and Arizona resident,
8
   SCOTT SANDERS, a British Columbia,
9    Canada, and Illinois resident,

10 ANTHONY ROY, a Quebec, Canada
     resident,
11
   DENNIS a/k/a URIAH CAMPBELL, a
12   Wyoming resident,

13 XUNQI a/k/a PETER HUANG, a Toronto,
     Ontario, Canada resident,
14
   JASON CATALDO, a Florida and
15   Pennsylvania resident,

16 JEROME PELLETIER, a Quebec, Canada
     resident.
17
   MICHAEL TURNBILL, a Kentucky
18   resident,

19 DON ABADIE, a California resident,

20 MARK NEWMAN,

21 MARLON PHILLIPS, a Missouri resident,

22 LISA EDWARDS, a Nova Scotia, Canada,
     resident,
23
   ALEX NAZEPOUR, a California resident,
24
   IGOR SHAPOSHNIKOV, a New York
25   resident,

26

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 2

K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   MARIUS STRANDER,

2   ANDREW WIETLISPACH, a Texas and
      Illinois resident,

3

4   "TIM VAN BULCK," a New York resident,

  LEONEL RUAS,

5

6   MY NEW HOSTING, and its principals,
      JOHN DOES 36-37,

7   MATTHEW LEE, a Windsor, Ontario,
      Canada resident,

8

9   EVERETT BYRD, a Florida resident,

10   BLACK MOUNTAIN GROUP, a Delaware
      Limited Liability Company, and its
      principals, MELIH BASAR and
11       ARDESHIR AKHAVAN, California
      residents,

12

13   "HEAD HONCHO," a Florida resident, and

14   JOHN DOES 44 - 50 d/b/a Myauctionbiz.biz

                                 Defendants.

15

16         Plaintiff Microsoft Corporation ("Microsoft") brings this action against the defendants

17   set forth below.

18                     **I.**   **JURISDICTION AND VENUE**

19         1.       This is an action for violation of the CAN-SPAM Act of 2003 (15 U.S.C.

20   §7701 et seq.), the Washington Commercial Electronic Mail Act (RCW Ch. 19.190), the

21   Washington Consumer Protection Act, and other state and federal causes of action.  Microsoft

22   seeks damages and injunctive relief to remedy defendants' unauthorized use of Microsoft's

23   computers and computer systems to send millions of misleading and deceptive unsolicited

24   commercial e-mail messages, or "spam," in violation of federal and state law and Microsoft's

25   policies.

26

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 3

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).  The Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

3.      The Court has personal jurisdiction over the Defendants, who have engaged in business activities in and directed to Washington, have committed a tortious act within the state, have used personal property in the state, and have otherwise purposefully availed themselves of the opportunity to conduct commercial activities in this forum.

4.      Venue is proper in the Western District of Washington pursuant to 28 U.S.C. § 1391(b), because substantial part of the events or omissions giving rise to the claims pled herein occurred in the District.

## II.    THE PARTIES

5.      Plaintiff Microsoft is a Washington corporation with its principal place of business in Redmond, Washington.

6.      Defendant Kevin Hertz ("Hertz") is a California resident.  In addition to the other illegal actions alleged herein, Hertz is responsible for administering e-mail marketing "affiliate" programs through which affiliates sent commercial e-mail in violation of federal and state law.  The affiliates promoted Hertz's Myauctionbiz.biz product and others through the use of deceptive and misleading, commercial e-mail.  The affiliates also sent deceptive and misleading commercial e-mail promoting other affiliate programs and other goods and services.

7.      Defendant Matt Olson is a Washington resident, who was assigned affiliate identification number 523, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes, and on that basis alleges, that Olson also is responsible for illegal commercial e-mail promoting others' affiliate programs or products or services.

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 4

K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

8.      Defendant Alonzo Villanueva, a/k/a Jason Anderson, is a Texas resident, who was assigned affiliate identification number 6206, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes, and on that basis alleges that Villanueva also is responsible for illegal commercial e-mail promoting others' affiliate programs or products or services.  Villanueva uses the alias "Jason Anderson," among others.

9.      Defendants Mike and Shari Wissing, and the marital community composed thereof (collectively, "the Wissings"), are Iowa residents, who were assigned affiliate identification number 4925, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes, and on that basis alleges that the Wissings also are responsible for illegal commercial e-mail promoting others' affiliate programs or products or services.  The Wissings use the alias "Dave Smith," among others.

10.     Defendant Amaf Jarkasi is a New Jersey resident, who was assigned affiliate identification number 864, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Jarkasi also is responsible for illegal commercial e-mail promoting others' affiliate programs or products or services.

11.     Defendant John E. Rogers is a Washington resident, who was assigned the affiliate identification number 574, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Rogers also is responsible for illegal commercial e-mail promoting others' affiliate programs or products or services.

12.     Defendants Robert and Jirayr Kalfayan (collectively, "the Kalfayans") are residents of Montreal, Quebec, Canada, who were assigned the affiliate identification numbers 8162 and 8262, and possibly others, in the affiliate programs administered by Hertz. Microsoft is informed and believes and on that basis alleges that the Kalfayans also are

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 5

K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   responsible for illegal commercial e-mail promoting others' affiliate programs or products or

2   services, including but not limited to the affiliate program "RealGoodOffers," in which they

3   were assigned affiliate identification number 101025 and the affiliate program "Vimax-

4   Offers" in which they were assigned affiliate identification number 111213.

5          13.     Defendant Carl Brandon Schuster is a resident of Florida, who was assigned

6   affiliate identification numbers 4906, 4910, 6768, 6770, and possibly others, in the affiliate

7   programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges

8   that Schuster also is responsible for illegal commercial e-mail promoting others' affiliate

9   programs or products or services.

10          14.     Defendants Scott Holland and the marital community composed of Scott

11   Holland and Jane Doe Holland (collectively, "the Hollands") are a residents of Washington,

12   who were assigned affiliate identification numbers 430 and 431, and possibly others, in the

13   affiliate programs administered by Hertz.  Microsoft is informed and believes and on that

14   basis alleges that the Hollands are responsible for illegal e-mail promoting others' affiliate

15   programs or products or services.  The Hollands also have used the alias "Kiryah

16   Blackhawk."

17          15.     Defendant Michael DeLassio is a resident of New York, who was assigned

18   affiliate identification number 4753, and possibly others, in the affiliate programs

19   administered by Hertz.  Microsoft is informed and believes and on that basis alleges that

20   DeLassio is responsible for illegal e-mail promoting others' affiliate programs or products or

21   services.

22          16.     Defendant Jagir Singh is a resident of Iowa, who was assigned affiliate

23   identification number 4586, and possibly others, in the affiliate programs administered by

24   Hertz.  Microsoft is informed and believes and on that basis alleges that Singh also is

25   responsible for illegal e-mail promoting others' affiliate programs or products or services.

26   Singh has used the alias "Harry Potter" among others.

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 6

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

17.     Defendant Jeremy Thompson is a Florida resident, who was assigned affiliate identification numbers 409 and 5129, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Thompson also is responsible for illegal e-mail promoting others' affiliate programs or products or services.

18.     Defendant Ken a/k/a "Matt" Pressley is a North Carolina resident and Microsoft is informed and believes, and on that basis alleges, that Pressley also maintains a residence in Arizona.  Pressley was assigned affiliate identification number 5429, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Pressley also is responsible for illegal e-mail promoting others' affiliate programs or products or services.

19.     Defendant Scott Sanders is a resident of Surrey, British Columbia, Canada, and Microsoft is informed and believes, and on that basis alleges, that Sanders maintains a residence in Illinois.  Sanders was assigned affiliate identification numbers 618 and 5371, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Sanders also is responsible for illegal e-mail promoting others' affiliate programs or products or services.

20.     Defendant Anthony Roy is a resident of Quebec, Canada, who was assigned affiliate identification number 5152, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Roy also is responsible for illegal e-mail promoting others' affiliate programs or products or services.

21.     Defendant Dennis a/k/a Uriah Campbell is a Wyoming resident, who was assigned affiliate number 5714, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Campbell also is responsible for illegal e-mail promoting others' affiliate programs or products or services.

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 7

K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

22.     Defendant Xunqi a/k/a Peter Huang is a Toronto, Ontario, Canada, resident who was assigned the affiliate identification numbers 689, 5932, and 5983, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Huang also is responsible for illegal e-mail promoting others' affiliate programs or products or services.

23.     Defendant Jason Cataldo is a Florida resident who also maintains a residence in Pennsylvania.  Cataldo was assigned affiliate identification number 5259, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Cataldo also is responsible for illegal e-mail promoting others' affiliate programs or products or services.

24.     Defendant Jerome Pelletier is a resident of Montreal, Quebec, Canada, who was assigned affiliate identification number 4941, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Pelletier also is responsible for illegal e-mail promoting others' affiliate programs or products or services.

25.     Defendant Michael Turnbill is a resident of Kentucky, who was assigned affiliate identification numbers 5054, 5055, and 6024, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Turnbill is responsible for illegal e-mail promoting others' affiliate programs or products or services.

26.     Defendant Don Abadie is a California resident who was assigned affiliate identification number 4903, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Abadie also is responsible for illegal e-mail promoting others' affiliate programs or products or services.

27.     Microsoft is informed and believes that defendant Mark Newman is a U.S. resident.  His address presently is unknown.  Newman was assigned affiliate identification

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 8

K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1    number 4944, and possibly others, in the affiliate programs administered by Hertz.  Microsoft

2    is informed and believes and on that basis alleges that Newman also is responsible for illegal

3    e-mail promoting others' affiliate programs or products or services.

4           28.    Defendant Marlon Phillips is a Missouri resident, who was assigned affiliate

5    identification number 386, and possibly others, in the affiliate programs administered by

6    Hertz.  Microsoft is informed and believes and on that basis alleges that Phillips also is

7    responsible for illegal e-mail promoting others' affiliate programs or products or services.

8           29.    Defendant Lisa Edwards is a resident of Hubbards, Nova Scotia, Canada.  She

9    was assigned affiliate identification numbers 522 and 8405, and possibly others, in the

10   affiliate programs administered by Hertz.  Microsoft is informed and believes and on that

11   basis alleges that Edwards also is responsible for additional illegal e-mail promoting others'

12   affiliate programs or products or services.

13          30.    Microsoft is informed and believes, and on that basis alleges, that defendant

14   Alex Nazepour is a resident of California.  Nazepour was assigned the affiliate identification

15   number 8190, and possibly others, in the affiliate programs administered by Hertz.  Microsoft

16   is informed and believes and on that basis alleges that Nazepour also is responsible for

17   additional illegal e-mail promoting others' affiliate programs or products or services,

18   including but not limited to the affiliate program "Vimax-Offers."

19          31.    Defendant Igor Shaposhnikov is a resident of New York, who was assigned the

20   affiliate identification numbers 4924 and 5846, and possibly others, in the affiliate programs

21   administered by Hertz.  Microsoft is informed and believes and on that basis alleges that

22   Shaposhnikov also is responsible for additional illegal e-mail promoting others' affiliate

23   programs or products or services.  Shaposhnikov uses the alias Eric Slap, among others.

24          32.    Microsoft is informed and believes that defendant Marius Strander is a U.S.

25   resident.  His address presently is unknown.  Strander was assigned affiliate identification

26   number 650, and possibly others, in the affiliate programs administered by Hertz.  Microsoft

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 9

K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   is informed and believes and on that basis alleges that Strander also is responsible for

2   additional illegal e-mail promoting others' affiliate programs or products or services.

3        33.     Defendant Andrew Wietlispach is a resident of Texas who also maintains a

4   residence in Illinois.  Wietlispach was assigned affiliate identification number 5048, and

5   possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and

6   believes and on that basis alleges that Wietlispach also is responsible for additional illegal

7   e-mail promoting others' affiliate programs or products or services.

8        34.     Microsoft is informed and believes that defendant "Tim Van Bulck" is a

9   resident of New York.  His address presently is unknown.  Van Bulck was assigned affiliate

10  identification number 681, and possibly others, in the affiliate programs administered by

11  Hertz.  Microsoft is informed and believes and on that basis alleges that Van Bulck also is

12  responsible for additional illegal e-mail promoting others' affiliate programs or products or

13  services.

14       35.     Microsoft is informed and believes that defendant Leonel Ruas is a U.S.

15  resident.  His address presently is unknown.  Ruas was assigned affiliate identification

16  number 372, and possibly others, in the in the affiliate programs administered by Hertz.

17  Microsoft is informed and believes and on that basis alleges that Ruas also is responsible for

18  additional illegal e-mail promoting others' affiliate programs or products or services.

19       36.     Microsoft is informed and believes that defendant My New Hosting is a U.S.

20  entity and its principals, John Does 36-37 are U.S. residents.  The addresses and places of

21  residence of My New Hosting and its principals presently are unknown.  My New Hosting

22  and its principals were assigned the affiliate identification number 375, and possibly others, in

23  the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that

24  basis alleges that My New Hosting and its principals are responsible for additional illegal

25  e-mail promoting others' affiliate programs or products or services.

26

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 10

K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

37.     Defendant Matthew Lee is a resident of Windsor, Ontario, Canda.  Lee was assigned affiliate identification number 642, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Lee is responsible for additional illegal e-mail promoting others' affiliate programs or products or services.

38.     Microsoft is informed and believes that defendant Everett Byrd is a resident of Florida.  Byrd was assigned affiliate identification number 4610, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Byrd is responsible for additional illegal e-mail promoting others' affiliate programs or products or services.

39.     Defendants Black Mountain Group, LLC, is a Delaware LLC, and its principals Melih Basar and Ardeshir Akhavan, are residents of California.  Black Mountain Group and its principals were assigned affiliate identification number 393, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Black Mountain Group and its principals are responsible for additional illegal e-mail promoting others' affiliate programs or products or services.

40.     Microsoft is informed and believes, and on that basis alleges, that Defendant "Head Honcho" is a Florida resident, who was assigned the affiliate identification number 4895, and possibly others, in the affiliate programs administered by Hertz.  Microsoft is informed and believes and on that basis alleges that Head Honcho is responsible for additional illegal e-mail promoting others' affiliate programs or products or services.

41.     Microsoft is unaware of the true names and capacities of defendants sued herein as DOES 44-50 and, therefore, sues these defendants by such fictitious names.  Microsoft will amend this complaint to allege their true names and capacities when ascertained.  Microsoft is informed and believes and therefore alleges that each of the fictitiously named defendants is responsible in some manner for the occurrences herein

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 11

K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   alleged, and that Microsoft's injuries as herein alleged were proximately caused by such

2   defendants.

3         42.     Microsoft is informed and believes and on that basis alleges that each of the

4   named and unnamed defendants is responsible in some manner for the occurrences herein

5   alleged, and that Microsoft's injuries as herein alleged were proximately caused by such

6   defendants.

7         43.     Microsoft is informed and believes and on that basis alleges that the actions

8   alleged herein to have been undertaken by the defendants were undertaken by each defendant

9   individually, were actions that each defendant caused to occur, were actions that each

10   defendant authorized, controlled, directed, or had the ability to authorize, control or direct,

11   and/or were actions each defendant assisted, participated in, or otherwise encouraged, and are

12   actions for which each defendant is liable.  Each defendant aided and abetted the actions of

13   the defendants set forth below, in that each defendant had knowledge of those actions,

14   provided assistance and benefited from those actions, in whole or in part.  Each of the

15   defendants was the agent of each of the remaining defendants, and in doing the things

16   hereinafter alleged, was acting within the course and scope of such agency and with the

17   permission and consent of other defendants.  Each of the defendants knew, or consciously

18   avoided knowing, that other defendants had or would engage in a pattern or practice that

19   violated the CAN-SPAM Act of 2003.

20         **III.  NATURE OF MICROSOFT'S INTERNET E-MAIL SERVICES**

21         44.     Microsoft owns and operates interactive computer services that enable its

22   customers to, among other things, access the Internet and exchange electronic mail ("e-mail")

23   on the Internet.  Microsoft owns and maintains computers and other equipment, including

24   specialized computers or "servers" that process e-mail messages and otherwise support its

25   e-mail services.  Microsoft maintains this equipment in Washington and California, among

26   other states.  E-mail sent to and from Microsoft's customers is processed through and stored

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 12

K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  on these computers.  Microsoft is an internet service provider ("ISP"), a provider of "Internet

2  Access Service" as defined by 15 U.S.C. §7702(11), and an "interactive computer service" as

3  defined by RCW 19.190.010.  Microsoft's computers and computer systems are "protected

4  computers" under 15 U.S.C. § 7702(13) and 18 U.S.C. § 1030(e)(2).

5       45.     One of Microsoft's services is "MSN Hotmail" which provides free and

6  subscription based e-mail on the Internet through a web-based e-mail service that can be

7  accessed at www.hotmail.com.  MSN Hotmail allows account-holders to exchange e-mail

8  messages with any other e-mail user who has an Internet e-mail address throughout the world.

9  MSN Hotmail has millions of registered accounts, whose users all have unique e-mail

10  addresses ending in "@hotmail.com."

11       46.     Another of Microsoft's services is "MSN Internet Access" (referred to herein

12  as "MSN") which provides free and subscription-based e-mail services that can be accessed

13  on the web or via Microsoft's proprietary network.  MSN allows account-holders to exchange

14  e-mail messages with any other e-mail user who has an Internet e-mail address throughout the

15  world.  MSN has millions of registered accounts, whose users all have unique e-mail

16  addresses ending in "@msn.com."

17  **IV.   SPAM AND THE PURPOSES BEHIND THE FEDERAL CAN-SPAM ACT AND**

18  **THE WASHINGTON COMMERCIAL ELECTRONIC MAIL ACT**

19       47.     The United States Congress, in passing the CAN-SPAM[1] Act of 2003,

20  concluded that "[u]nsolicited commercial e-mail, commonly known as 'spam', has quickly

21  become one of the most pervasive intrusions in the lives of Americans."  Indeed, Congress

22  estimated that by the end of 2003, if not sooner, spam would account for over 50% of all e-

23  mail.  This is in sharp contrast to two years earlier when spam only accounted for 8% of all

24  e-mail.  Congress has concluded that the rate at which spam is increasing is "reaching

25

26  _____

[1] CAN-SPAM is an acronym for "Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003".

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 13

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

critically high levels."  In fact, in 2003, an estimated 2 trillion spam messages were expected to be sent over the Internet.

48.    In addition to plaguing recipients by its sheer volume, spam is also notoriously deceptive in form and content.  In April 2003, the Federal Trade Commission found that 66% of all spam contains "some kind of false, fraudulent, or misleading information, either in the e-mail's routing information, its subject line, or the body of its message."  In fact, the FTC found that "one-third of all spam contains a fraudulent return e-mail address that is included in the routing information (known as the 'header') of the e-mail message".  Congress found that falsified headers "not only trick ISP's increasingly sophisticated filters," but also "lure consumers into mistakenly opening messages from what appears to be people they know."

49.    Congress also found that not only do spammers use false sender information, but they also use false or misleading subject lines.  According to Congress, the FTC found that 42% of spam contains misleading subject lines that "trick the recipient into thinking that the e-mail sender has a personal or business relationship with the recipient."  Congress provided examples of this type of false or misleading subject line:  "Hi, it's me" and "Your order has been filled."

50.    The economic impact of spam is enormous.  Congress noted that a 2001 European Union study found that "spam costs Internet subscribers worldwide $9.4 billion each year."  Congress also noted that the estimated costs "to United States businesses from spam in lost productivity, network system upgrades, unrecoverable data, and increased personnel costs, combined, will top $10 billion in 2003."  Of that amount, approximately $4 billion will be associated with lost employee productivity.

51.    With these findings as a backdrop, the United States Congress passed the CAN-SPAM Act.  In so doing, Congress provided four specific purposes of the Act:  "(i) prohibit senders of electronic mail (e-mail) for primarily commercial advertisement or promotional purposes from deceiving intended recipients or Internet service providers as to

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 14

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   the source or subject matter of their e-mail messages; (ii) require such e-mail senders to give

2   recipients an opportunity to decline to receive future commercial e-mail from them and to

3   honor such requests; (iii)  require senders of unsolicited commercial e-mail (UCE) to also

4   include a valid physical address in the e-mail message and a clear notice that the message is

5   an advertisement or solicitation; and (iv)  prohibit businesses from knowingly promoting or

6   permitting the promotion of, their trade or business through e-mail transmitted with false or

7   misleading sender or routing information."

8        52.   As Congress recognized, the growth in unsolicited commercial electronic mail

9   imposes significant monetary costs on providers of Internet access services that carry and

10  receive such mail, as there is a finite volume of mail that such providers can handle without

11  further investment in infrastructure. The sheer volume of spam is threatening to overwhelm

12  not only the average consumer's in-box, but also the network systems of Internet access

13  service providers.

14       53.   Washington State has likewise responded to the threat posed by spam.  In

15  enacting the Commercial Electronic Mail Act, RCW Ch. 19.190, in 1998, Washington

16  became one of the first states to regulate spam.  The Act recognizes that the spamming

17  practices prohibited by the Act are "matters vitally affecting the public interests" and are

18  unfair and deceptive practices which have a significant negative impact on Washington

19  businesses and consumers.

20       54.   Microsoft has invested substantial time and money in efforts to protect itself

21  and its equipment from spam and the spammers who promote and profit from spam, as well as

22  in efforts to protect its registered users worldwide from receiving spam.

23       55.   Microsoft has a clearly articulated policy prohibiting the use of its services for

24  junk e-mail, spamming, or any unsolicited messages (commercial or otherwise).  Microsoft's

25  policies also prohibit automated queries of any sort, harvesting or collection of e-mail

26  addresses, and any use of the services that is not personal and non-commercial.  These

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 15

K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  policies are included in the Terms of Use for MSN and MSN Hotmail, which can be accessed

2  via a clearly marked link on www.msn.com, as well as on the home pages for each of the

3  services.

4  ### V.   DEFENDANTS' UNLAWFUL CONDUCT

5      56.     Microsoft is informed and believes, and on that basis alleges, that defendants

6  have been—and are currently—involved in widespread spamming by sending misleading,

7  deceptive and unsolicited commercial e-mail to MSN Hotmail account holders.

8      57.     Microsoft is informed and believes, and on that basis alleges, that defendants

9  own, operate, or promote thorough commercial e-mail, a number of products or services,

10  including numerous Internet domains associated with websites that promote the sale of kits

11  that train persons how to "Earn HUGE Profits On eBay."  Those domain names include, but

12  are not limited to: <29jfen.info>, <4rfv.info>, <awwicnd.info>, <bbccddee.biz>,

13  <ccddeeff.biz>, <cmrirugh.info>, <cnzcnie.info>, <cunfh5h.info>, <djenis.info>,

14  <dkenis.info>, <ebayvideo.net>, <ensie.info>, <fdnxir0of.info>, <fsj03.info>, <ghjbnm.biz>,

15  <lewndixj.info>, <iwenudh.info>, <jjlsdse.info>, <jjlsdse.info>, <kseiodn.info>,

16  <lfeins.info>, <lmvieux9.info>, <lsdkne.info>, <lsense.biz>, <Lwenisz.info>,

17  <mesncje.info>, <mnsdfh.info>, <msenieje.info>, <myauctionbiz.biz>, <Neufh.info>,

18  <nfdvijd.info>, <nidueh.info>, <nvndsj.info>, <oiukjh.info>, <powenei.biz>,

19  <powndiz.info>, <pwemicu3.info>, <qpksd.info>, <qxsubfg.info>, <rtyfgh.biz>,

20  <slinendi.info>, <Slknseis.info>, <slvcei.info>, <Sneihz.info>, <svniejf.info>, <vfrbgt.biz>,

21  <vnjicd.info>, <weniez.info>, <wersdf.biz>, <woiejf.info>, <Wuwensd.info>,

22  <xhjwien.info>, <xnsidh4h.info>, and <xswcde.biz>.

23      58.     Microsoft is informed and believes, and on the basis alleges, that defendants

24  have sent millions of commercial e-mail messages to its MSN and MSN Hotmail service that

25  contain those, and other, domain names advertising defendants' products.

26

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 16

K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

59.     Many of those commercial e-mail messages are sent through open proxies, or hijacked computers, thereby disguising the true sender of the e-mail messages.  The use of open proxies or hijacked computers misrepresents or obscures the point of origin or transmission path of the e-mails and renders the headers materially false and materially misleading.

60.     Many of defendants commercial e-mails include Microsoft's <hotmail.com> or <msn.com> domain names in the "From:" header to falsely suggest that the messages were sent from, or through, Microsoft's servers.  Defendants do not have permission to use Microsoft's domain names in this manner, and the use of Microsoft's domain names in this manner misrepresents or obscures the point of origin or transmission path of the e-mails and renders the headers materially false and materially misleading.

61.     Many of defendants' commercial e-mails use the domain names of innocent third-parties, including but not limited to the domain names <aol.com>, <att.net>, <earthlink.net>, and <yahoo.com>.  Microsoft is informed and believes, and on that basis alleges, that defendants did not have permission to use those domain names, and the use of those domain names misrepresents or obscures the point of origin or transmission path of the e-mails and renders the headers materially false and materially misleading.

62.     Many of defendants' commercial e-mails contain falsified or "spoofed" Internet Protocol addresses, including Internet Protocol addresses assigned to Microsoft.  The use of such IP addresses misrepresents or obscures the point of origin or transmission path of the e-mails and renders the headers materially false and materially misleading.

63.     Many of defendants' commercial e-mails lack a valid physical postal address of the sender and lack clear and conspicuous identification that the message is an advertisement or solicitation.

64.     Many of defendants' commercial e-mails have false or misleading information in the subject line or subject heading, such as:  "Auction completed successfully" or "I will

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 17

K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

remember you."  Many messages contain a first name in the subject line, such as "Shelby," or "Jayson."  The use of such subject lines are likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.

65.    Microsoft has been adversely affected by defendants' actions.  As a result of defendants' activities, Microsoft's computer equipment and servers were required to process millions of improper spam e-mails, as well as "bounce back" e-mails which had been sent by defendants to non-existent, out-dated or incorrect e-mail addresses.  This significant number of e-mails has taken up substantial amount of Microsoft's finite computer space, threatens to delay and otherwise adversely affect MSN Hotmail subscribers in sending and receiving legitimate e-mail, and has resulted in and continues to result in significant costs to Microsoft.

**COUNT I**
**(Violation of the Federal Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003—"CAN-SPAM" (15 U.S.C. § 7704(a)(1)))**

66.    Microsoft realleges paragraphs 1 through 65 of this Complaint as if fully set forth herein.

67.    Defendants initiated the transmission, to protected computers, of commercial e-mail messages that contained, or were accompanied by, header information that is materially false or materially misleading.

68.    Defendants' actions were willful and knowing.

69.    As a result of defendants' actions, Microsoft has been damaged in an amount to be proven at trial.

70.    Defendants' actions violated 15 U.S.C. § 7704(a)(1), and entitle Microsoft to injunctive relief, statutory damages and aggravated damages under 15 U.S.C. § 7704(g)(3)(C)(i)-(ii)  because of defendants' willful and knowingly violation of the CAN-SPAM Act and because defendants knowingly relayed or retransmitted commercial e-mail

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  messages that were unlawful under 15 U.S.C. § 7704(a) from a protected computer or

2  computer network that they had accessed without authorization.

3

**COUNT II**

4  **(Violation of the Federal Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003—"CAN-SPAM" (15 U.S.C. § 7704(a)(2) and (5))**

5

6        71.      Microsoft realleges paragraphs 1 through 70 of this Complaint as if fully set

7  forth herein.

8        72.      Defendants engaged in a pattern or practice of initiating, to protected

9  computers, commercial e-mail messages that:

10              a)        contained subject headings that defendants knew, or reasonably should

11      have known, were likely to mislead a recipient, acting reasonably under the

12      circumstances, about a material fact regarding the contents or subject matter of the

13      messages;

14              b)        failed to contain a functioning return e-mail address or other Internet-

15      based mechanism, clearly and conspicuously displayed, that a recipient could use to

16      submit a reply e-mail message or other form of Internet-based communication

17      requesting not to receive future commercial e-mail messages from that sender at the e-

18      mail address where the message was received; and

19              c)        failed to include a clear and conspicuous identification that the message

20      was an advertisement or solicitation, failed to provide a clear and conspicuous notice

21      of the opportunity to decline to receive further commercial electronic mail messages

22      from the sender; or failed to provide a valid physical postal address of the sender.

23      73.      Defendants' actions were willful and knowing.

24      74.      As a result of defendants' actions, Microsoft has been damaged in an amount

25  to be proven at trial.

26

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 19

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1    75.    Defendants' actions violated 15 U.S.C. § 7704(a)(2), (a)(3) and (a)(5), and

2    entitle Microsoft to injunctive relief, statutory damages and aggravated damages under 15

3    U.S.C. § 7704(g)(3)(C)(i)-(ii)  because of defendants' willful and knowingly violation of the

4    CAN-SPAM Act and because defendants knowingly relayed or retransmitted commercial e-

5    mail messages that were unlawful under 15 U.S.C. § 7704(a) from a protected computer or

6    computer network that they had accessed without authorization.

7

8                                     **COUNT III**
                                **(Trespass to Chattels)**

9    76.    Microsoft realleges and incorporates by this reference each and every

10   allegation set forth in paragraphs 1 through 75 above.

11   77.    The computers, computer networks and computer services that constitute

12   Microsoft's MSN Hotmail e-mail system are the personal property of Microsoft.

13   78.    Defendants were aware that their actions were specifically prohibited by

14   Microsoft's Terms of Service and/or were on notice that Microsoft did not authorize their

15   actions in any way.

16   79.    Defendants have knowingly, intentionally and without authorization used and

17   intentionally trespassed upon Microsoft's property.

18   80.    As a result of defendants' actions, Microsoft has been damaged in an amount

19   to be proven at trial.

20

21                                     **COUNT IV**
                                   **(Conversion)**

22   81.    Microsoft realleges and incorporates by this reference each and every

23   allegation set forth in paragraphs 1 through 80 above.

24   82.    Defendants have willfully interfered with and converted Microsoft's personal

25   property, without lawful justification, as a result of which Microsoft has been deprived of

26   possession and use of its property.

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 20

K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

83.     As a result of defendants' actions, Microsoft has been damaged in an amount to be proven at trial.

## COUNT V
**(Violation of the Washington Commercial Electronic Mail Act (RCW Ch. 19.190) and the Washington Consumer Protection Act (RCW Ch. 19.86))**

84.     Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 83 above.

85.     Defendants initiated the transmission, conspired with one another to initiate the transmission or assisted in the transmission of commercial e-mail messages from a computer located in Washington and/or to an e-mail address that they knew, or had reason to know, is held by a Washington resident.  Those commercial e-mail messages:

a)  used Microsoft's or another third party's internet domain names without permission;

b)  misrepresented or obscured information identifying the true point of origin or the transmission path of a commercial electronic e-mail message; or

c)  contained false or misleading information in the subject line.

86.     As a result of defendants' actions, Microsoft has been damaged in an amount to be proven at trial.

87.     Defendants' actions violated RCW § 19.190.020, and entitle Microsoft to actual damages or statutory damages of $1,000 per e-mail, whichever is greater.

88.     Defendants' actions affected the public interest, are unfair or deceptive acts in trade or commerce and unfair methods of competition, and violated the Washington Consumer Protection Act, RCW Ch. 19.86.  Microsoft is entitled to treble damages and an award of its attorneys' fees and costs under that Act.

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 21

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**COUNT VI**
**(Violation of the Lanham Act – 15 U.S.C. § 1125(a))**

89.     Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 88 above.

90.     Defendants used the designations "msn.com" and "hotmail.com," which incorporate Microsoft's registered trademarks and service marks, are words, terms, names, or combinations thereof, used in interstate commerce in connection with goods and services.

91.     Defendant's conduct constitutes intentional and willful infringement of Microsoft's registered trademark and service mark and unfair competition.

92.     Defendants' conduct is likely to cause confusion, mistake, or deception as to defendants' affiliations, connection, or association with Microsoft, or as to the origin, sponsorship, or approval of their goods or services, or commercial activities.

93.     Microsoft has been damaged by these acts in an amount to be proved at trial. Microsoft is also entitled under the Lanham Act to injunctive and equitable relief against defendants.

**PRAYER FOR RELIEF**

WHEREFORE, Microsoft respectfully requests that the Court enter judgment against defendants, jointly and severally, as follows:

1.     That the Court issue temporary and permanent injunctive relief against defendants, and that defendants, their officers, agents, representatives, servants, employees, attorneys, successors and assignees, and all others in active concert or participation with defendants, be enjoined and restrained from:

a)     establishing any accounts with Microsoft's MSN or MSN Hotmail services;

b)     using Microsoft's computers and computer systems in connection with sending commercial e-mail messages;

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 22

K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1      c)      making unauthorized use of Microsoft's computers, computer systems,

2  or intellectual property;

3      d)      continuing to violate Microsoft's Terms of Service;

4      e)      continuing to violate the CAN-SPAM Act of 2003, or the Washington

5  Commercial Electronic Mail Act; and

6      f)      assisting, aiding, or abetting any other person or business entity in

7  engaging in or performing any of the activities referred to in subparagraphs a) through

8  e) above.

9      2.      That the Court award Microsoft actual damages, liquidated damages and

10  statutory damages, in amount to be proven at trial;

11      3.      That the Court award Microsoft its attorneys' fees and costs incurred herein;

12  and

13      4.      That the Court grant Microsoft such other or additional relief as is just and

14  proper.

15      DATED this _3|st_ day of October, 2005.

16                                      PRESTON GATES & ELLIS LLP

17

18                                      By _____

19                                      David A. Bateman, WSBA # 14262
                                        Theodore J. Angelis, WSBA #30300
20                                      925 Fourth Avenue, Suite 2900
                                        Seattle, WA  98104
21                                      Phone:  (206) 623-7580
                                        Fax:  (206) 623-7022
22                                      Email:  theoa@prestongates.com
                                        Attorneys for Plaintiff
23                                      Microsoft Corporation

24

25

26

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 23
K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

2 **DECLARATION OF SERVICE**

3 I declare, under penalty of perjury, under the laws of the State of Washington, that I served a
copy of the foregoing document by mailing the same, properly addressed and prepaid, on the

4 31st day of October, 2005, to:

5

6 Kevin Hertz
433 G Street, #404

7 San Diego, CA  92101
Defendant

8

Signed this 31st day of October, 2005, at Seattle, King County, Washington.

9

10 _Rhonda Hinman_

11 Rhonda Hinman

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SECOND AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF - 24

K:\00103\02662\TJA\TJA_P2329

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022