1

The Honorable John C. Coughenour

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE

9   MICROSOFT CORPORATION,

10                              Plaintiff,            No.  CV04-2219C

11        v.                                          PLAINTIFF MICROSOFT
                                                      CORPORATION'S MOTION,
                                                      PURSUANT TO FED. R. CIV. P. 55(a)
12                                                    AND W.D. WASH CIV. R. 55(a), FOR
    KEVIN HERTZ, et al.,                              ENTRY OF DEFAULT AGAINST
13                                                    DEFENDANTS SCOTT SANDERS,
                                                      IGOR SHAPOSHNIKOV, AND
14                              Defendants.           JAMEEL PARCHMENT

15                                                    NOTED FOR CONSIDERATION:
                                                      **MARCH 10, 2005**
16

17        Plaintiff Microsoft Corporation ("Microsoft") respectfully moves for entry of default

18   against defendants Scott Sanders and Igor Shaposhnikov, for failure to plead or otherwise

19   defend against Microsoft's Second Amended Complaint for Damages and Injunctive Relief

20   ("Second Amended Complaint"), and respectfully moves for entry of default against defendant

21   Jameel Parchment for failure to plead or otherwise defendant against Microsoft's Third

22   Amended Complaint for Damages and Injunctive Relief ("Third Amended Complaint").

23                            STATEMENT OF FACTS

24        This is an action for trespass to chattels, conversion, and for violations of the Federal

25   CAN-SPAM Act (15 U.S.C. §7701 *et seq.*), the Washington Commercial Electronic Mail Act

26

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   (RCW Ch. 19.190), the Washington Consumer Protection Act (RCW Ch. 19.86), the Federal

2   Computer Fraud and Abuse Act (18 U.S.C. §1030(a)(4),(5), (g)), and the Lanham Act (15

3   U.S.C. §1125(a)).  The defendants, including Anthony Roy, Scott Sanders, Igor

4   Shaposhnikov, and Jameel Parchment, are all "affiliates" of defendant Kevin Hertz's affiliate

5   program, among others.  *See* Second Amended Complaint ¶¶ 6, 19, 31; Third Amended

6   Complaint ¶ 27.  These defendants engaged in widespread spamming to promote the products

7   marketed through Hertz's affiliate program by transmitting, procuring the transmission, and/or

8   assisting the transmission of misleading, deceptive, and unsolicited commercial e-mail

9   messages.  Second Amended Complaint ¶¶ 56-65; Third Amended Complaint ¶¶ 56-65.

10      Defendant Scott Sanders was served with a Summons and the Second Amended

11  Complaint on November 7, 2005.  *See* Declaration of Theodore J. Angelis ("Angelis Decl.") ¶ 2

12  & Ex. A.  This summons notified Mr. Sanders that his answer was due within 20 days of

13  service.  *Id.* ¶ 3.  Mr. Sanders has failed to plead or otherwise defend against Microsoft's

14  action.  *Id.*  The time provided by law for responding has now expired and Mr. Sanders is in

15  default.  On February 24, Microsoft provided written notice to Mr. Sanders that it intended to

16  seek entry of default against him if he did not file a response pleading before March 9.  *Id.* ¶ 4

17  & Ex. B.  Mr. Sanders did not file a responsive pleading.  *Id.* ¶ 4.

18      Defendant Igor Shaposhnikov was served with a Summons and the Second Amended

19  Complaint on February 8, 2006.  *See* Angelis Decl. ¶ 5 & Ex. C.  This summons notified Mr.

20  Shaposhnikov that his answer was due within 20 days of service.  *Id.* ¶ 6.  Mr. Shaposhnikov

21  has failed to plead or otherwise defend against Microsoft's action.  *Id.*  The time provided by

22  law for responding has now expired and Mr. Shaposhnikov is in default.  On February 28,

23  Microsoft provided written notice to Mr. Shaposhnikov that it intended to seek entry of

24  default against him if he did not file a responsive pleadings before March 9.  *Id.* ¶ 7 & Ex. D.

25  Mr. Shaposhnikov did not file a responsive pleading.  *Id.* ¶ 7.

26

MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANTS DELASSIO - 2
CASE NO. C04-2219C

K:\00103\02662\TJA\TJA_P23E4

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Defendant Jameel Parchment was served with a Summons and the Third Amended Complaint on February 3, 2006. *See* Angelis Decl. ¶ 8 & Ex. E. This summons notified Mr. Parchment that his answer was due within 20 days of service. *Id.* ¶ 9. Mr. Parchment has failed to plead or otherwise defend against Microsoft's action. *Id.* The time provided by law for responding has now expired and Mr. Parchment is in default. On February 28, Microsoft provided written notice to Mr. Parchment that it intended to seek entry of default against him if he did not file a responsive pleadings before March 9. *Id.* ¶ 10 & Ex. F. Mr. Parchment did not file a responsive pleading. *Id.* ¶ 10.

The Court has subject matter jurisdiction and personal jurisdiction over these defendants, *see* Second Amended Complaint ¶¶ 2-3, and venue in this Court is proper for Microsoft's action because a substantial part of the events or omissions giving rise to the claims set forth in Microsoft's complaint occurred in King County, the cause of action arose in King County, and work was performed in King County. Second Amended Complaint ¶ 5.

## STATEMENT OF ISSUE

Whether default should be entered against defendants Scott Sanders, Igor Shaposhnikov, and Jameel Parchment.

## EVIDENCE RELIED UPON

This motion is based on the Declaration of Theodore J. Angelis and the pleadings and papers previously filed in this matter.

## AUTHORITY AND ARGUMENT

Federal Rule of Civil Procedure 55(a) provides: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." Sanders, Shaposhnikov, and Parchment were served with process more

MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANTS DELASSIO - 3
CASE NO. C04-2219C
K:\00103\02662\TJA\TJA_P23E4

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1    than 20 days ago, but they have failed to plead or otherwise defend against Microsoft's action.

2    Accordingly, they are in default.[1]

3         Western District of Washington Civil Rule 55(a) further provides that the clerk shall

4    enter default against any party that has entered an appearance but failed to plead or otherwise

5    defend, provided that the moving party has given "the defaulting party written notice of the

6    requesting party's intention to move for the entry of default at least five judicial days prior to

7    filing its motion and must provide evidence that such notice has been given in the motion for

8    entry of default."  Although Microsoft does not concede that Sanders, Shaposhnikov, or

9    Parchment has entered an appearance, out of an abundance of caution it provided written

10   notice to those defendants of its intention to seek default.

11        Microsoft respectfully requests that the Clerk of Court enter default as to each of these

12   defendants.

13        DATED this 10th day of March, 2006.

14                                          PRESTON GATES & ELLIS LLP

15

16                                          By _____/s/ Theodore J. Angelis_____
                                               David A. Bateman, WSBA # 14262
17                                             Theodore J. Angelis, WSBA #30300
                                               Daniel H. Royalty, WSBA #31504
18                                          Preston Gates Ellis LLP
                                            925 Fourth Avenue, Suite 2900
19                                          Seattle, WA  98104
                                            Phone:  (206) 623-7580
20                                          Fax:  (206) 623-7022
                                            E-mail:  droyalty@prestongates.com
21                                          Attorneys for Plaintiff Microsoft Corporation

22

23

24   _____
     [1] See Fed. R. Civ. P. 12(a)(1)(A) (establishing that, absent a contrary statute, a defendant's
25   answer is due within 20 days); Beller & Keller v. Tyler, 120 F.3d 21, 25-26 (2d Cir. 1997)
     (holding that the 20-day time period for answering a complaint applies to out-of-state service
26   even if state law provides a different deadline for filing an answer).

MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANTS DELASSIO - 4
CASE NO. C04-2219C

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

2

### DECLARATION OF ECF FILING AND SERVICE

3
I declare, under penalty of perjury, under the laws of the State of Washington, that on

4
March 10, 2006, I electronically filed the foregoing document, along with the attached
proposed Order, and the Declaration of Theodore J. Angelis in support, with the Clerk of the
Court using the CM/ECF system, which will send notification of such filing to the following:

5

6
Michael T. Callan                        Floyd E. Ivey
Peterson Russell Kelly, PLLC             Liebler, Ivey, Connor, Berry & St. Hilaire

7
10900 NE Fourth Street, Suite 1850       PO Box 6125
Bellevue, WA  98004-8341                 Kennewick, WA  99336-0125

8
Attorneys for Defendant Andrew           Attorneys for Defendant Marlon Phillips
Wietlispach and Matt Pressley

9
Russell M. Aoki                          Bradley A. Jones

10
Aoki & Sakamoto                          John C. Guadnola
One Convention Place, Suite 1525         Gordon, Thomas, Honeywell, Malanca

11
701 Pike Street                              Peterson & Daheim LLP
Seattle, WA  98101-3924                  P.O. Box 1157

12
Attorneys for Defendants Robert Kalfayan,  Tacoma, WA  98401-1157
Jirayr Kalfayan, Alex Nazepour, Amaf      Attorneys for Defendants Black Mountain

13
Jarkasi, and Carl Schuster                Group, Basar Akhavan and Ardeshir
Akhavan

14
                                         Anthony J. Dain

15
                                         Frederick K. Taylor
                                         Procopio, Cory, Hargreaves & Savitch LLP

16
                                         530 B Street, Suite 2100
                                         San Diego, CA  92101-4496

17
                                         Attorneys for Defendants Black Mountain
                                         Group, Melih Basar, Ardeshir Akhavan

18

19
and I hereby declare that I have arranged for service of the document(s) to the following non-
CM/ECF participants by mailing the same, properly addressed and prepaid:

20

21
Kevin Hertz                              Don Abadie
255 G Street, #482                       11 Ticknor Place

22
San Diego, CA  92101                     Laguna Nigel, CA 92677

23
Dennis Campbell                          Bilal Farooqui
c/o Jeremy D. Michaels                   110 Misty Woods Cir W
Michaels & Michaels, PC                  Chapel Hill, NC  27514

24
First Interstate Bank Bldg.
222 S. Gillette Ave., Suite 701

25
Gillette, WY  82716

26

MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANTS DELASSIO - 5
CASE NO. C04-2219C

K:\00103\02662TJA\TJA_P23E4

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1 | Scott Holland
19881 E. SR 3
2 | Allyn, WA  95824

3

4 | Jameel Parchment
129 Henricks Ave.
5 | Staten Island, NY  10301-2330

6 | Marlon Phillips
c/o Joel Dichter, Sean Moynihan
7 | Klein, Zelman, Rothermel & Dichter
495 Madison Avenue
8 | New York, NY  10022-5803

9 | Anthony Roy
103 Principale
10 | St-Antonin, QC  G0I 2J0
Canada
11

12 | Jagir Singh
c/o Theresia C. Sandhu
145 George Street
13 | San Jose, CA  95110

14 | Michael Turnbill
441 Gheens Avenue
15 | Louisville, KY  40214-2623

16 | Mike and Shari Wissing
195 N. Grandview Ave.
17 | Dubuque, IA  52001

Matthew Lee
c/o Morris Manning
P.O. Box 79, Suite 605
Toronto, ONT  M5H 2M5
Canada
Jerome Pelletier
8591 Rue Notre Dame 1st
Montreal, QC  H1L 3L7
Canada

John Rogers
6327 N. Stevens, Apt. 12
Spokane, WA  99208

Scott Sanders
13894 Hansen
Surrey, BC  V3R 0A1
Canada

Igor Shaposhnikov
3235 Emmons Ave. #502
Brooklyn, NY  11235-1165

Saul Waizer
13480 NW 6th Dr.
Plantation, FL  33325-6138

18

19 | Signed this 10ᵗʰ day of March, 2006, at Seattle, King County, Washington.

20 | *Rhonda Hinman*

21 | Rhonda Hinman, Legal Secretary

22

23

24

25

26

MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANTS DELASSIO - 6
CASE NO. C04-2219C

K:\00103\02662\TJA\TJA_P23E4

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022