Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

KEVIN HERTZ, a California resident, et al.

Defendants.

No. CV04-2219C

JUDGMENT AGAINST DEFENDANT
IGOR SHAPOSHNIKOV

**JUDGMENT SUMMARY**

A.  Judgment Creditor: ............................................................. Microsoft Corporation
B.  Judgment Debtor: ................................................................. Igor Shaposhnikov
C.  Principal Judgment Amount ............................................................. $2,000,000
D.  Interest to Date of Judgment ..................................................................... 0
E.  Credit Against Judgment for Payments Made ........................................................ 0
F.  Attorney's Fees.... ............................................................................. 0
G.  Costs ........................................................................................ 0
H.  Other Recovery Amount .......................................................................... 0

STIPULATED JUDGMENT AGAINST
DEFENDANT IGOR SHAPOSHNIKOV - 1

K:\00103\02662\DH1R\DH1RP21PF

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

I.  Principal judgment shall bear interest at 12% per annum.

J.  Attorney's fees, costs and other recovery amounts shall bear interest at 12% per annum.

K.  Attorney for Judgment Creditor: David A. Bateman, Daniel H. Royalty of Preston Gates & Ellis, LLP.

L.  Attorney for Judgment Debtor: Russell M. Aoki, of Aoki Sakamoto Grant, LLP.

## JUDGMENT

This matter came on for hearing before the Court upon the stipulation of plaintiff Microsoft Corporation ("Microsoft") and defendant Igor Shaposhnikov, for entry of this Judgment.

The Court enters judgment as follows:

1.  Plaintiff Microsoft Corporation is awarded judgment against defendant Shaposhnikov in the amount of $2,000,000 for damages.

2.  Plaintiff Microsoft Corporation is awarded post-judgment interest at the statutory rate.

3.  The Stipulated Permanent Injunction entered by the Court against Shaposhnkikov is hereby incorporated into this Judgment.

**SO ORDERED** this 26th day of September, 2006.

*/s/ John C. Coughenour*
The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED JUDGMENT AGAINST
DEFENDANT IGOR SHAPOSHNIKOV - 2

K:\00103\02662\DH1R\DH1RP21PF

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1 | Presented by:

2 | PRESTON GATES & ELLIS LLP

3

4 | By: ___/s/ Daniel H. Royalty_____
    David A. Bateman, WSBA # 14262
    Theodore J. Angelis, WSBA # 30300
5 | Daniel H. Royalty, WSBA # 31504
    925 Fourth Avenue, Suite 2900
6 | Seattle, WA 98104
    (206) 623-7580
7 | (206) 623-7022 (fax)
    E-mail: royaltyd@prestongates.com
8 | Attorneys for Plaintiff
    MICROSOFT CORPORATION

9

10 | AOKI SAKAMOTO GRANT LLP

11

12 | By_____
    Russell M. Aoki, WSBA # 15717
    One Convention Place
13 | 701 Pike Street
    Seattle, WA 98101-3933
14 | (206) 624-1900
    Email: russ@aoki-sakamoto.com
15 | Attorneys for Defendant
    IGOR SHAPOSHNIKOV

16

17

18

19

20

21

22

23

24

25

STIPULATED JUDGMENT AGAINST
DEFENDANT IGOR SHAPOSHNIKOV - 3

K:\00103\02662\DH1R\DH1RP21PF

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022